**Order entered August 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00220-CR

### VERNON M. GRAVES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-19018-P**

## ORDER

Appellant has filed an August 1, 2013 objection to the record on appeal in which appellant contends the record does not contain the trial court's sentencing. A review of the reporter's record shows volume three contains the complete sentencing hearing with the oral pronouncement of sentence on pages 26–27. Accordingly, appellant's objection to the record is **DENIED**.

/s/     LANA MYERS
        JUSTICE